**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue, P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

April 21, 2008

**NOTIFICATION THAT YOUR COMPLAINT/PETITION
HAS BEEN FILED (WITHOUT FEE)**

To: Tyrese Fife
K69994

Re: Fife vs Illinois Attorney General

Case No. 08-301-GPM

This is to advise you that our office has received your complaint/petition in the above styled cause. Please forward all future payments/pleadings/papers to the above address using the above-assigned case number.

Your case has been opened without payment of the filing fee or the filing of a Motion to Proceed In Forma Pauperis. If payment (either $350.00 for a civil case, or $5.00 for a habeas corpus petition), or a Motion to Proceed In Forma Pauperis is **NOT** received in our office **within thirty (30) days** from the date of this letter, the case will be submitted to the Judicial Officer for an order to be entered dismissing this case.

Once the motion or payment is received, the case will be submitted to a Judicial Officer for further procedures.

Thank you.

Sincerely,

NORBERT G. JAWORSKI, Clerk

s/ Jo Ann Juengel
Deputy Clerk

Enclosure: Motion for IFP