# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:08−cv−00301−GPM

Fife v. Warden et al  
Assigned to: Judge G. Patrick Murphy  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/18/2008  
Date Terminated: 05/08/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Tyrese Fife**  represented by  **Tyrese Fife**  
K69994  
LAWRENCE CORRECTIONAL CENTER  
Rural Route #2  
Box 36  
Sumner, IL 62466  
PRO SE

V.

**Respondent**

**Warden**

**Respondent**

**Attorney General of the State of Illinois**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2008 | " 1 | PETITION for Writ of Habeas Corpus filed by Tyrese Fife.(jaj) (Entered: 04/21/2008) |
| 04/21/2008 | " 2 | Letter from USDC/SDIL to Petitioner informing him of case number and filing fee requirements. (jaj) (Entered: 04/21/2008) |
| 05/06/2008 | " | Initial Filing fee received from Tyrese Fife: $ 5.00, receipt number 34625005738 (dkd ) (Entered: 05/06/2008) |
| 05/08/2008 | " 3 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to ND IL, Eastern Division. Signed by Judge G. Patrick Murphy on 5/7/08. (eed) (Entered: 05/08/2008) |