# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2751 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Tyrese Fife vs. Warden | | |

**DOCKET ENTRY TEXT**

This case having been transferred to this Court pursuant to 28 U.S.C. § 1404(a), respondent is directed to answer the petition for a writ of habeas corpus by no later than 6/30/08. The Clerk is directed to mail a copy of this order to the Chief of Criminal Appeals, Office of the Illinois Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|