# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 2751 |
|---|---|

United States of America ex rel. Tyrese Fife, Petitioner

v.

Lee Ryker, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lee Ryker, Warden, Respondent.

| NAME (Type or print) |
|---|
| Sheri Wong |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sheri Wong |
| FIRM |
| Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS |
| 100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291090 | 312-814-3692 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO G |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES G | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES G | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO G |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL G     APPOINTED COUNSEL G