IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| TYRESE FIFE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 2751 |
| | ) | |
| LEE RYKER, Warden, | ) | |
| Lawrence Correctional Center, | ) | The Honorable |
| | ) | Matthew J. Kennelly, |
| Respondent. | ) | Judge Presiding. |

_____

## <u>MOTION FOR EXTENSION OF TIME</u>

Respondent LEE RYKER hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from June 30, 2008 to and including July 30, 2008.  An affidavit in support of this motion is attached hereto.

June 23, 2008                                        Respectfully submitted,

                                                     LISA MADIGAN
                                                     Attorney General of Illinois

                                    By:      /s/ Sheri Wong_____
                                             SHERI L. WONG, Bar # 6291090
                                             Assistant Attorney General
                                             100 West Randolph Street, 12th Floor
                                             Chicago, Illinois 60601-3218
                                             TELEPHONE:  (312) 814-3692
                                             FAX:  (312) 814-2253
                                             E-MAIL: swong@atg.state.il.us

State of Illinois      )
                       ) ss.
County of  Cook        )

A F F I D A V I T

SHERI WONG, being first duly sworn upon oath, deposes and states as follows:

1.      I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2.      Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before June 30, 2008.

3.      Despite due diligence, respondent will be unable to file his answer or other responsive pleading on or before June 30, 2008.

4.      Petitioner filed his habeas corpus petition in the United States District Court for the Southern District of Illinois on April 13, 2008.  The case was subsequently transferred to the Northern District.

5.      On May 29, 2008, this Court ordered respondent to answer the petition within 30 days.

6.      I was assigned to this matter on May 29, 2008 and immediately ordered the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but I have not yet received all of these materials.  Additional time also is required for the review of the response by supervisory attorneys.

-1-

7.    This is respondent's first request for an extension of time in this matter.

8.    This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9.    Respondent respectfully requests that this Honorable Court grant his thirty (30) day motion for an extension of time to and including July 30, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

By:  /s/ Sheri Wong

SHERI L. WONG, Bar # 6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE:  (312) 814-3692
FAX: (312) 814-2253
E-MAIL: swong@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I presented the attached **MOTION FOR EXTENSION OF TIME and AFFIDAVIT** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Tyrese Fife, #K69994
Lawrence Correctional Center
Rural Route 2
Box 31
Sumner, Illinois 62466

LISA MADIGAN
Attorney General of Illinois

By:     s/ Sheri L. Wong
        Sheri L. Wong, Bar # 6291090
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601-3218
        TELEPHONE: (312) 814-3692
        FAX: (312) 814-2253
        E-MAIL: swong@@atg.state.il.us