UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. TYRESE FIFE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 2751 |
| LEE RYKER, Warden, | ) | |
| Lawrence Correctional Center, | ) | |
| | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

_____

**NOTICE OF MOTION**

To:   Tyrese Fife, #K69994
      Lawrence Correctional Center
      Rural Route 2
      Box 31
      Sumner, Illinois 62466

   On Tuesday, July 1, 2008, at 9:30a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew Kennelly, or any judge sitting in his stead, in Courtroom 2103, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's Motion for Extension of Time.

June 23, 2008                                    Respectfully submitted,

                                                 LISA MADIGAN
                                                 Attorney General of Illinois

                                      BY:   /s/ Sheri Wong
                                            SHERI WONG, Bar # 6291090
                                            Assistant Attorney General
                                            100 W. Randolph Street, 12th Floor
                                            Chicago, IL 60601-3218
                                            PHONE: (312) 814-3692
                                            FAX: (312) 814-2253
                                            EMAIL: swong@atg.state.il.us