# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2751 | **DATE** | 7/25/2008 |
| **CASE TITLE** |  | Fife vs. Warden | |

**DOCKET ENTRY TEXT**

Petitioner is directed to file a reply to respondent's answer to the habeas corpus petition, on or before 9/5/08. Respondent's counsel is directed to promptly provide petitioner with a copy of all exhibits filed with the Court (unless respondent's counsel has already done so).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|